OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio.  Attention:  Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE:  Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public.  The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Bobich et al., Appellants, v. Convenient Food Mart 3-109, Appellee.
[Cite as Bobich v. Convenient Food Mart 3-109 (1993),     Ohio St.3d     .]
Pleadings -- R.C. 2309.01 is in conflict with Civ.R. 8(A) and
     is invalid and of no force and effect -- Ohio Rules of
     Civil Procedure control over subsequently enacted
     inconsistent statutes purporting to govern procedural
     matters.
     (No. 92-2227 -- Submitted April 20, 1993 -- Decided April 28, 1993.)
     Certified by the Court of Appeals for Cuyahoga County, No. 62923.

     Kelley, Klima & Sullivan and Thomas G. Kelley, for appellants.
     Dyson, Schmidlin & Foulds Co., L.P.A., and James J. Dyson, for appellee.

     The cause is reversed on authority of Rockey v. 84 Lumber Co. (1993), 66 Ohio St.3d    ,    N.E.2d    , and the trial court's judgment awarding damages in the total amount of $54,675 is reinstated.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and Pfeifer, JJ., concur.